Van W. Northern
NORTHERN LAW FIRM
3545 S. Georgia St.
Amarillo, Texas 79109
SBN:  15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Travis Ryan Bruce | § | Case no. 24-20323-rlj |
| Lisa Marie Bruce | § | |
| | § | Chapter 7 |
| Debtor(s). | § | |

## MOTION TO EXTEND TIME TO FILE DEBTORS' SCHEDULES AND CURE THE NOTICE OF DEFICIENCY

COMES NOW, Debtors, Travis Ryan Bruce and Lisa Marie Bruce (hereafter, "Debtors"), and files this Motion to Extend Time to file all remaining schedules, including but not limited to, Schedules, Statement of Financial Affairs, Means Test, and any other required schedules so that Debtor may cure the Notice of Deficiency, and in support would show the court as follows:

1. Debtors commenced this case on November 22, 2024, by filing an emergency voluntary petition for relief under Chapter 7. The 341 Meeting is set for January 16, 2025.

2. Debtors filed the Petition, Creditor Mailing Matrix, Exhibit D (Individual Debtor's Statement of Compliance with Credit Counseling Requirement for each Debtor), Certification of Notice to Consumer Debtors Under Section 342(b) of the Bankruptcy Code, Statement of Social Security Number for each Debtor, and Declaration for Electronic Filing of Bankruptcy, on November 22, 2024.

3. The last date to file Debtors' Schedules, Statement of Financial Affairs, and other schedules and to cure the Notice of Deficiency is December 6, 2024.

4. This bankruptcy is a business filing, and Debtors have been unable to obtain all required

documents so that Debtors' attorney may prepare Schedules, Statement of Financial Affairs, and any other required schedules to cure the Notice of Deficiency. Therefore, Debtors will be unable to meet the required deadlines of December 6, 2024, to file the remaining schedules.

5. Debtors respectfully requests a seven (7) day extension of time to file their Schedules, Statement of Financial Affairs, and any other required schedules so that Debtors may cure the Notice of Deficiency.

WHEREFORE, PREMISES CONSIDERED, Debtors pray that this Motion to Extend Time to File all remaining, required Debtors' Schedules, Statement of Financial Affairs, and any other required schedules, be granted so that Debtors may cure the Notice of Deficiency, for such other relief to which they may be justly entitled.

Respectfully submitted,

**NORTHERN LAW FIRM**
3545 S. Georgia
Amarillo, Texas 79109
Tel. (806) 374-2266
Fax. (806) 374-9535

 /s/ Van W. Northern
Van W. Northern
State Bar No. 15101100
*ATTORNEY FOR DEBTORS*

**CERTIFICATE OF CONFERENCE**

On this date, Chapter 7 Trustee, was not available for conference at the time of this filing. Therefore, it should be considered opposed a this time.

 /s/Van W. Northern
Van W. Northern

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to all parties requesting notice, and all parties in interest, by electronic notification via the court's electronic case filing system or by regular mail on December 6, 2024.

/s/ Van W. Northern
Van W. Northern
